RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Gang Mu

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANG MU,<br><br>Defendant. | Case No. 2:20-cr-154-RFB-NJK-1<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Gang Mu, that the case be closed.

This Stipulation is entered into for the following reasons:

1. On September 1, 2020, Mr. Mu pled guilty to the charge of Failure to Obtain Special Recreation Permit. ECF No. 5. The Court then sentenced him

2. to a term of 12 months unsupervised probation with the following special conditions: no adverse contact with law enforcement and pay fines totaling $275.00. *Id.*

3. Mr. Mu is in compliance with the special conditions.

4. Based on his successful completion of more than 6 months' unsupervised probation, the parties jointly request the case be closed.

DATED: March 16, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GANG MU,<br><br>　　　　Defendant. | Case No. 2:20-cr-154-RFB-NJK-1<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, IT IS ORDERED that the case is closed.

　　　DATED this 17th day of March, 2021.



　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3